# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS HORTON,<br>          Plaintiff,<br><br>     v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>          Defendant | )<br>)<br>)<br>)<br>) Case No.: 2:12-cv-06276-JHS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.


*/s/ Ross S. Enders*                                    */s/ Craig Thor Kimmel*

Ross S. Enders, Esquire                             Craig Thor Kimmel, Esquire
Sessions, Fishman, Nathan & Israel          Kimmel & Silverman, P.C.
200 Route 31 North, St. 203                       30 E. Butler Pike
Flemington, NJ 08822                                  Ambler, PA 19002
Phone: (908) 751-5941                                Phone: 215-540-8888
Fax: (908) 751-5944                                     Fax: 856-216-7344
Email: rsenders@sessions-law.biz            Email: kimmel@creditlaw.com
*Attorney for Defendant*                             *Attorney for Plaintiff*

Date: May 20, 2013                                     Date: May 20, 2013

BY THE COURT:


_____
                                                                              J.