IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS HORTON,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 12-6276 |

## ORDER

**AND NOW**, this 20th day of May 2013, upon receipt of notice that the above-captioned action has settled (Doc. No. 8), it is **ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. Any pending motions are **DENIED AS MOOT**.

3. The Clerk of Court shall close the above-captioned case for statistical purposes.

              BY THE COURT:


              /s/ Joel H. Slomsky
              JOEL H. SLOMSKY, J.